# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Dobbs Temporary Services, Inc., d/b/a
Pro Staff Personnel Services,

                  Plaintiff,

vs.

Robert C. Stegall,

                  Defendant.

Civil No. 06-2345 (RHK/JSM)

**ORDER**

---

       For the reasons stated by the Court at today's hearing, which are incorporated herein

by reference, **IT IS ORDERED** that Defendant's Motion to Transfer Venue (Doc. No. 11)

is **DENIED**.

Dated:  September 19, 2006

                      s/Richard H. Kyle
                      RICHARD H. KYLE
                      United States District Judge