# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dobbs Temporary Services, Inc., d/b/a<br>Pro Staff Personnel Services, | Civil No. 06-2345-(RHK-JSM ) |
| Plaintiff,<br>vs. | **ORDER FOR DISMISSAL** |
| Robert C. Stegall, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal and upon the joint application of counsel,

**IT IS ORDERED**, that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** subject to being administratively reopened for the purpose of entering a dismissal with prejudice as set out in the Stipulation for Dismissal.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 8, 2007

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge