**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Dobbs Temporary Services, Inc., d/b/a<br>Pro Staff Personnel Services,<br><br>                    Plaintiff,<br>vs.<br><br>Robert C. Stegall,<br><br>                    Defendant. | Civil No.: 06-2345 (RHK-JSM )<br><br><br><br>**ORDER** |

Based on the parties' Stipulation for Dismissal (Doc. No. 89), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 9, 2007

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge